IN THE UNITED STATES DISTRICT OF TEXAS
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JANET DENHAM, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO. 2:18-CV-246 |
| BARK RIVER TRANSIT, INC. AND IRA WADE HUDSON, | § § § | |
| *Defendants.* | § § | |

## PARTIES HAVE AGREED TO SETTLE THIS MATTER

TO THE HONORABLE JUDGE OF SAID COURT:

Please allow this letter to serve as an informal announcement that the above-mentioned parties have agreed to settled this matter. A formal dismissal to the court will follow shortly.

          Respectfully submitted,

          THOMAS J. HENRY LAW, PLLC
          521 Starr Street
          Corpus Christi, Texas 78401
          Telephone: 361-985-0600
          Facsimile: 361-985-0601

By: *[signature: Russell Jackson]*
          Russell Jackson
          U.S. Southern District ID: 1072039
          Texas State Bar No. 24069978
          Email: rjackson@tjhlaw.com
          *E-Service: rjackson-svc@tjhlaw.com
          **ATTORNEY FOR PLAINTIFF**

*\*E-Service to this email address only.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties and/or attorneys of record in the manner described below on this 18th day of November, 2019.

*Russell Jackson up (rtj)*
Russell T. Jackson

**Via CM/ECF**
Mr. Scott A. Seelhoff
**sseelhoff@umhlaw.com**
UPTON, MICKITS & HEYMANN, LLP
Frost Bank Plaza
802 N. Carancahua, Suite 450
Corpus Christi, Texas 78401
**ATTORNEY FOR DEFENDANTS**