Case 2:18-cv-00246 Document 42 Filed on 01/10/20 in TXSD Page 1 of 2
Case 2:18-cv-00246 Document 41 Filed on 01/10/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JANET DENHAM, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-246 |
| § | |
| BARK RIVER TRANSIT, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the 10th day of January, 2020, came the Plaintiff, JANET DENHAM, and Defendants, BARK RIVER TRANSIT, INC. AND IRA WADE HUDSON, by and through their counsel of record, on their Joint Motion to Dismiss in the above-entitled and numbered cause. The Court having considered the motion finds that all disputes and differences between Plaintiff, JANET DENHAM, and Defendants, BARK RIVER TRANSIT, INC. AND IRA WADE HUDSON have been fully compromised and settled; that this motion has been made prior to entry of any judgment hereon; and that all issues and claims between the parties have been fully compromised and settled. Therefore, pursuant to the request of Plaintiff, JANET DENHAM, and Defendants, BARK RIVER TRANSIT, INC. AND IRA WADE HUDSON,

IT IS **ORDERED, ADJUDGED AND DECREED** that no judgment be entered in this cause and that the same be dismissed with prejudice as to the rights of Plaintiff, JANET DENHAM, to refile same or enter any judgment against Defendants, BARK RIVER TRANSIT, INC. AND IRA WADE HUDSON, and further dismissed as to any and all claims and causes of action set forth in the pleadings of this cause or arising therefrom against Defendants, BARK RIVER TRANSIT, INC. AND IRA WADE HUDSON.

Court costs are to be taxed against the party incurring same.

ORDERED this 10th day of January, 2020.

_____
Julie K. Hampton
United States Magistrate Judge